# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | LA CV 17-3456 MWF (JCG) | Date | January 12, 2018 |
|---|---|---|---|
| Title | *Lloyd Brooks, Jr. v. State of California, et al.* | | |

| Present: The Honorable | **Jay C. Gandhi, United States Magistrate Judge** | |
|---|---|---|
| Kristee Hopkins | None Appearing | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED**

Pursuant to the Court's December 7, 2017 ("Dismissal Order"), Plaintiff was granted leave to file a First Amended Complaint up and until January 8, 2018. (*See* Dec. 7, 2017 Ord. at 7-8.) The Court mailed the Dismissal Order to Plaintiff, but it was returned as "undeliverable as addressed" by the United States Postal Service on December 14, 2017. [*See* Dkt. No. 6.] As of today's date, Plaintiff has neither filed a Notice of Change of Address or a First Amended Complaint.

Accordingly, by **January 26, 2018**, Plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed for failure to prosecute and/or comply with a court order. If Plaintiff files a Notice of Change of Address or First Amended Complaint by **January 26, 2018**, he need not separately respond to this Order to Show Cause. Plaintiff is cautioned that his failure to timely file a response will be deemed by the Court as consent to the dismissal of this action without prejudice.

The Clerk of Court is **DIRECTED TO** attach a copy of the Dismissal Order and Local Rule 41-6 ("Dismissal – Failure of *Pro Se* Plaintiff to Keep Court Apprised of Current Address") to this Order to Show Cause.

**IT IS SO ORDERED.**

cc: Parties of Record

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | LA CV 17-3456 MWF (JCG) | Date | January 12, 2018 |
|---|---|---|---|
| Title | *Lloyd Brooks, Jr. v. State of California, et al.* | | |

|  | 00 : 00 |
|---|---|
| Initials of Clerk | kh |