# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD BROOKS, JR.,<br><br>        Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, *et al.*,<br><br>        Defendants. | Case No. LA CV 17-3456 MWF (JCG)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the Magistrate Judge's Report and Recommendation, and the remaining record. No objections to the Report and Recommendation have been filed.[1]

//

//

---

[1] Plaintiff's address of record is 3102 East Highland Avenue, Unit 73 – Room 05, Patton, California 92369. [*See* Dkt. No. 1.] However, mail sent to Plaintiff at that address has been returned undelivered by the U.S. Postal Service. [*See* Dkt. Nos. 6, 10, 11.] Plaintiff has failed to apprise the Court of any change of address, as mandated by Local Rule 41-6. *See* L.R. 41-6.

1

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted;
2. Judgment be entered dismissing this action without prejudice; and
3. The Clerk serve copies of this Order on the parties.

DATED: March 27, 2018

/s/ Michael W. Fitzgerald
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE