JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD BROOKS, JR., <br>     Plaintiff, <br> v. <br> STATE OF CALIFORNIA, *et al.*, <br>     Defendants. | Case No. LA CV 17-3456 MWF (JCG) <br><br> **JUDGMENT** |

    IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: March 27, 2018          _____
                                                              MICHAEL W. FITZGERALD
                                                 UNITED STATES DISTRICT JUDGE